IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR238 |
| | ) | |
| ERVIN CHRISTY, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence Obtained From Stop [12] and Motion to Suppress Evidence Obtained From Search [14] are continued to **November 28, 2007** at **9:30 a.m.**  before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 22nd  day of October, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge