IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 8:07CR238 |
| ERVIN CHRISTY, | ) ) | **ORDER** |
| Defendant. | ) ) | |

     Before the court is defendant's Motion to Continue/Extend Defendant's Brief Date [38]. For good cause shown, the motion will be granted in part. Defendant will be given 14 days following the filing of the unredacted transcript to file his brief.

     IT IS ORDERED:

     1.    That the Motion to Continue/Extend Defendant's Brief Date [38] is granted;

     2.    The defendant's brief shall be due fourteen (14) days following the filing of the unredacted transcript. The matter will be deemed at issue upon the receipt of defendant's brief and a timely report and recommendation will be entered.

     DATED this 13th day of December, 2007.

                             BY THE COURT:

                             s/ F.A. Gossett
                             United States Magistrate Judge